IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY LAMAR LETT, #290 614, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-CV-496-WHA |
| ) | [WO] |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This civil action is pending before the court on a complaint signed by Plaintiff, a state inmate, seeking relief under 42 U.S.C. § 1983 for alleged violations of his Eighth and Fourteenth Amendment rights stemming from asserted systemic deficiencies at the Ventress Correctional Facility. Subsequently, and prior to service of the complaint, Plaintiff filed a document in which he seeks dismissal of this case. *Doc. No. 18.* Accordingly, it is

ORDERED that the court construes this document as a Notice of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), which permits voluntary dismissal by a plaintiff without action of the court upon "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Additionally, in accordance with the provisions of Fed.R.Civ.P. 41(a)(1)(B), "the dismissal is without prejudice."

The Clerk is DIRECTED to close this action.

Done, this 10th day of November 2014.

                                       /s/ W. Harold Albritton
                                       SENIOR UNITED STATES DISTRICT JUDGE